CJF2.12.20
USAO# 2020R00047/LNE:

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB 13  PM 1:13

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. RDB-20-059 |
| ANTONIO GREEN, | * | (Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| Defendant. | * | |

*******

## INDICTMENT

### COUNT ONE
(Felon In Possession of Firearm and Ammunition)

The Grand Jury for the District of Maryland charges that:

On or about October 10, 2019, in the District of Maryland, the defendant,

**ANTONIO GREEN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Kahr Arms, CT9, 9mm Luger semi-automatic pistol with serial number BAA4175, loaded with 6 rounds of ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

## ANTONIO GREEN

shall forfeit to the United States the firearm involved in the commission of the offense, to wit: a Kahr Arms, CT9, 9mm Luger semi-automatic pistol with serial number BAA4175, loaded with approximately 6 rounds of ammunition.

18 U.S.C. § 924(d)

28 U.S.C. § 2461(c)

_Robert K. Hur_ (signed)
Robert K. Hur
United States Attorney

SIGNATURE REDACTED
Foreperson

2/13/2020
Date